UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SPENCER JONES, et al. )<br>)<br>Defendants. ) | **ECF CASE**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**08 Cr. 422 (LAP)** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        August 22, 2008

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                            By:   s/Jillian B. Berman
                                   Assistant United States Attorney
                                   W: (212) 637-2197
                                   F: (212) 637-0084
                                   Jillian.b.berman@usdoj.gov

TO:   Defense Counsel

CERTIFICATE OF SERVICE

Jillian B. Berman deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on August 22, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to all following Counsel of Record.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

By:   s/Jillian B. Berman
     Jillian B. Berman
     Assistant United States Attorney

Executed on:   August 22, 2008
                New York, New York